**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Zena-Dawn Marie Hooper, Fred Lamont Walker, and
Tony Leron Abney, Defendants,

Of Whom Zena-Dawn Marie Hooper is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2014-002732

———————————

Appeal From Greenville County
Alvin D. Johnson, Family Court Judge

———————————

Unpublished Opinion No. 2015-UP-268
Submitted April 23, 2015 – Filed May 26, 2015

———————————

**AFFIRMED**

———————————

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Rebecca Rush Wray, of Greenville, for Respondent.

Robert John Stephenson IV, of Robert J. Stephenson Attorney at Law, of Greenville, for the Guardian ad Litem.

———————

**PER CURIAM:** Zena-Dawn Marie Hooper appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hooper's counsel.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.